[No. 22590-9-III.  Division Three.  February 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-00021-1, Robert N. Hackett, Jr., J., entered November 25, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22597-6-III.  Division Three.  February 10, 2005.]

*In the Matter of the Marriage of* JENNIFER CARMICHAEL, *Respondent*, and LOREN E. CARMICHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-3-00494-6, Lesley A. Allan, J., entered November 6, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22646-8-III.  Division Three.  February 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL L. PETTIT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01659-5, Tari S. Eitzen, J., entered November 25, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 52123-3-I.  Division One.  February 14, 2005.]

THE STATE OF WASHINGTON, *Petitioner*, v. ALFRED KEITH JOHNSON, ET AL., *Respondents*, THE CITY OF SEATTLE, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07506-1, Richard A. Jones, J., entered August 6, 2001 and January 30, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Kennedy, JJ.